# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE DERRICK BOND, | Civil Action No. 2: 11-cv-1342 |
| Plaintiff, | |
| v. | United States Magistrate Judge Cynthia Reed Eddy |
| DAVID HORNE, et al., | |
| Defendants. | |

## ORDER

Plaintiff, Jesse Derrick Bond, an inmate currently housed at SCI-Graterford, has filed a Motion for Leave of Court Directing D.O.C. Defendants and/or the D.O.C. to Allow Inmate Correspondence (ECF No. 84), to which Defendants have filed a Response (ECF No. 85). Specifically, Plaintiff has requested permission to correspond with inmate Darien Houser, who is currently housed at SCI-Greene. Plaintiff's motion indicates that on August 6, 2014, officials from SCI-Greene denied Plaintiff's request for "lack of staff support." *See* ECF No. 84-1.

Defendants filed a response which does not offer opposition to Plaintiff's motion, but rather explains that defense counsel has been advised by officials at SCI-Greene that Plaintiff's request to communicate with inmate Houser was denied because Plaintiff's request lacked justification indicating Houser's actual involvement in this lawsuit and also because SCI-Greene officials could not determine whether inmate Houser would be called as a witness in this lawsuit (ECF No. 85 at ¶ 4).

The Court recognizes that Plaintiff has a legitimate interest in communicating with potential witnesses in this case. However, Plaintiff's motion does not indicate precisely inmate Houser's involvement in the current lawsuit. There is a well-established policy of

1

noninterference by the courts in the day-to-day operations of prisons, especially when those operations relate to institutional security. *See Wolff v. McDonnell*, 418 U.S. 539, 566 (1974); *see also Bell v. Wolfish*, 441 U.S. 520, 547–48 (1979). As such, this Court will not issue an order granting Plaintiff carte blanche to communicate with inmate Houser. Consequently, Plaintiff's motion will be denied without prejudice to Plaintiff filing a motion that explicitly states inmate Houser's involvement in this lawsuit and affirmatively states that inmate Houser will be called as a witness in this lawsuit.[1]

So **ORDERED** this 16th day of September, 2014.

        s/ Cynthia Reed Eddy_____
        Cynthia Reed Eddy
        United States Magistrate Judge

cc:    JESSE DERRICK BOND
       BZ-2493
       Box 244
       Graterford, PA 19426-0244
       (via First Class Mail)

       Robert A. Willig
       Office of Attorney General
       (via CM/ECF electronic transmission)

---

[1] If such a motion were to be granted, Plaintiff's correspondence with inmate Houser would be subject to the supervision of the Department of Corrections, pursuant to its established security procedures. Additionally, this Court refers Plaintiff to DC–ADM 803 § 1 ¶ 4, which addresses the issue of correspondence between inmates.