IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**JESSE DERRICK BOND,**      )
                            )
       Plaintiff,        )
                            )
      v.                   )     2:11cv1342
                            )     **Electronic Filing**
**DAVID HORNE,** et al.      )
           Defendants.    )

## ORDER OF COURT

AND NOW, this 14th day of August, 2015, for the reasons set forth in the Memorandum Opinion filed on this date, IT IS ORDERED that [89] Defendants' Motion for Summary Judgment be, and the same hereby is, **GRANTED** and [93] Plaintiff's Partial Motion and [108] Supplemental Motion for Summary Judgment be, and the same hereby are, **DENIED**. Plaintiff's objections are overruled. The magistrate judge's [121] Report and Recommendation filed on April 14, 2015, as augmented in the memorandum opinion issued on this date is adopted as the opinion of the Court. Remaining for trial is a retaliation claim against Defendant Horne for filing the August 23, 2010, misconduct report.[1]

                                          s/David Stewart Cercone
                                          David Stewart Cercone
                                          United States District Judge

cc:    JESSE DERRICK BOND
       BZ-2493
       Box 244
       Graterford, PA 19426-0244

       (via U.S. First Class Mail)

       Robert A. Willig
       Office of Attorney General

       (Via CM/ECF Electronic Mail)

---

1 The Report and Recommendation mistakenly states that the misconduct report was issued on August 20, 2010.